UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:11CR374 |
| V. | ORDER FOR TRANSCRIPT |
| MICHELLE V. MALLARD | |

This **MATTER** is before the court upon the court's request that during the proceedings on October 28, 2014. The Court requested a copy of the transcript from the trial in July 9, 2013 for the sentencing in December 15, 2014. The trial was terminated with a plea accepted.

**IT IS THEREFORE ORDERED** that the transcript of the trial in July 2013 be prepared and ready before the sentencing hearing scheduled for December 15, 2014.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 21, 2015

Frank D. Whitney
Chief United States District Judge