UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CR-00374-FDW-DSC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | ORDER |
| MICHELLE VIVECA MALLARD *et al.*, | ) |  |
| Defendants. | ) |  |

THIS MATTER is before the Court on the Defendant Michelle Viveca Mallard's "Emergency Motion to Recall Mandate," (Doc. No. 239). After careful review of the pleadings, the Court DENIES Defendant's Motion.

IT IS SO ORDERED.

Signed: June 14, 2022

Frank D. Whitney
United States District Judge